[No. 1568-1.    Division One—Panel 2.    May 7, 1973.]

The State of Washington, *Respondent,* v. Byron Raymond Esping, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 56700, Frank Howard, J., entered April 13, 1972. *Affirmed* by unpublished opinion per Callow, J., concurred in by Horowitz and Williams, JJ.

[No. 1639-1.    Division One—Panel 2.    May 7, 1973.]

The State of Washington, *Respondent,* v. Jerry Lewis Rials, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 59094, Robert M. Elston, J., entered April 24, 1972. *Affirmed* by unpublished opinion per Williams, J., concurred in by Horowitz and Callow, JJ.

[No. 1495-1.    Division One—Panel 2.    May 7, 1973.]

The State of Washington, *Respondent,* v. Ralph Israel Goldberg, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 57999, Richard J. Ennis, J., entered February 23, 1972. *Affirmed* by unpublished opinion per Horowitz, J., concurred in by Williams and Callow, JJ.